IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA :

        Plaintiff : Case No. 3:18-CR-167 (5)

        vs. : HONORABLE WALTER H. RICE

Santiago-Agosto, Joannie :

        Defendant :

## ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on November 14, 2018 removing the following conditions:

1. *The Defendant must participate in one of the following location restriction programs and abide by all the requirements of the program which include: Curfew. You are restricted to your residence everyday as directed by Pretrial Services Office or supervising officer.*

All other bond conditions remain in full force and effect.

Date: 4/18/2019

                                        HONORABLE WALTER H. RICE
                                        UNITED STATES DISTRICT JUDGE