IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOANNIE SANTIAGO-AGOSTO,

    Defendant.

Case No.   3:18cr167(5)

JUDGE WALTER H. RICE

---

DECISION AND ENTRY AMENDING SENTENCE IMPOSED ON JULY 24, 2019 (DOC. #100), JOURNALIZED ON JULY 26, 2019 (DOC. #107); SENTENCE REDUCED FROM 24 MONTHS TO 18 MONTHS; NO OTHER ASPECT OF SAID JUDGMENT ENTRY IS AFFECTED BY THIS FILING

---

For good cause shown, with the concurrence of the Assistant United States Attorney assigned to this case, in order to achieve proportionality --- sentences reflecting the relative culpability of one Defendant to the others in this seven defendant Indictment, the 24-month sentence imposed by this Court on July 24, 2019 (Doc. #100), journalized on July 26, 2019 (Doc. #107), is reduced to 18 months. No other aspect of this Court's sentence and Judgment Entry is affected by this filing.

July 8, 2020

*Walter H. Rice*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Records Section, FMC Carswell, Federal Medical Center, P.O. BOX 27066, Fort Worth, TX 76127